**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 25, 2013

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 03-1322 | |
| | Appeal from the United States District |
| UNITED STATES OF AMERICA, | Court for the Northern District of |
| *Plaintiff-Appellee,* | Illinois, Eastern Division. |
| *v.* | No. 01 CR 543-3 |
| SEDGWICK JOHNSON, | James F. Holderman, |
| *Defendant-Appellant.* | *Judge.* |

**ORDER**

We issued a limited remand in this case to inquire whether the district court would impose the same 360-month sentence on Sedgwick Johnson if it knew the full extent of its discretion. After considering both parties' positions, the district court has responded that it would reimpose the same sentence. Accordingly, there was no plain error in Johnson's sentence, *see United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2005), and the judgment of the district court is AFFIRMED.